UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD, | No. 2:14-cv-2075 CKD P |
| Plaintiff, | |
| v. | ORDER |
| U.S. MARSHALS SERVICE et al., | |
| Defendants. | |

Plaintiff's claims for injunctive relief against two Sacramento County Jail officials have been mooted by his transfer. (See ECF No. 12.) Thus, plaintiff has been granted leave to file a Second Amended Complaint (SAC). (Id.)

As there is currently no viable complaint, the court will vacate its order directing plaintiff to submit service documents for defendants named in the First Amended Complaint. (See ECF Nos. 9 & 18.) When the court screens the SAC pursuant to 28 U.S.C. § 1915(a), it will order service on one or more defendants, if appropriate.

Plaintiff is once again advised that he cannot make piecemeal amendments or "requests" to add elements to a complaint. (See ECF No. 18.) Rather, any Second Amended Complaint must be "complete in itself without reference to any prior pleading." (ECF No. 5 at 7, citing L.R.

1

220.)

Accordingly, IT IS HEREBY ORDERED that:

1. The February 25, 2015 order directing plaintiff to submit service documents for Andris and Toliver (ECF No. 9) is hereby vacated; and

2. Plaintiff's motions concerning the submission of service documents (ECF Nos. 17 & 18) are denied as moot.

Dated:  March 27, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / mehm2075.ord_2