UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. MARSHALS SERVICE, et al.,<br><br>    Defendants. | No. 2:14-cv-2075 CKD P<br><br><br><u>ORDER</u> |

      Plaintiff is a county jail inmate proceeding pro se and in forma pauperis in this action pursuant to 28 U.S.C. § 1983. On March 31, 2015, the court granted plaintiff 90 days to file a second amended complaint, noting that no further extensions of time will be granted. (ECF No. 22.) Thus plaintiff's subsequent motion for a 90-day extension of time (ECF No. 25) will be denied.

      Plaintiff has also filed a motion for "emergency injunctive relief" with regard to his jail diet. (ECF No. 26.) As there currently is no operative complaint in this action, plaintiff's request for injunctive relief is inapposite and will be denied.

      Moreover, plaintiff's filing of frivolous motions is a burden on this court and impedes the proper prosecution of this action. Plaintiff's future filings shall therefore be limited as set forth below.

/////

1

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for extension of time (ECF No. 25) is denied as moot per the order issued March 31, 2015;

2. Plaintiff's motion for emergency injunctive relief (ECF No. 26) is denied; and

3. Plaintiff may only file the following documents:

    a. One second amended complaint;

    b. One dispositive motion, limited to one memorandum of points and authorities in support of the motion and one reply to any opposition;

    c. One opposition to any motion filed by defendants (and clearly titled as such);

    d. Only one non-dispositive motion pending at any time.  Plaintiff is limited to one memorandum of points and authorities in support of the motion and one reply to any opposition; and

    e. One set of objections to any future findings and recommendations.

Failure to comply with this order shall result in improperly filed documents being stricken from the record and may result in a recommendation that this action be dismissed.

Dated:  April 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / mehm2075.limit

2