UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YASIR MEHMOOD,

    Plaintiff,

    v.

U. S. MARSHALS SERVICE, et al.,

    Defendants.

No. 2:14-cv-2075 CKD P

ORDER

    Plaintiff, a federal pretrial detainee, commenced this civil rights action in September 2014. On August 21, 2015, the undersigned dismissed the Second Amended Complaint and granted plaintiff thirty days to file an amended complaint that conformed to federal pleading requirements. (ECF No. 35.) On September 10, 2015, the court granted plaintiff an extension of time until December 15, 2015 to file a Third Amended Complaint, stating that no further extensions of time would be granted. (ECF No. 37.)

    To date, plaintiff has not filed a Third Amended Complaint. Rather, he seeks an additional, six-month extension of time to do so. (ECF No. 39.) The court does not find good cause to vacate its September 10, 2015 order.

    Plaintiff has consented to the jurisdiction of a Magistrate Judge to conduct all proceedings in this action. (ECF No. 4.) As he has failed to timely amend, the undersigned will dismiss this action without prejudice.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time (ECF No. 39) is denied;

2. Plaintiff's motion for injunctive relief (ECF No. 40) is denied; and

3. This action is dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: December 30, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/mehm2075.fta

2