UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD, | No. 2:14-cv-2075 CKD P |
| Plaintiff, | |
| v. | ORDER |
| U. S. MARSHALS SERVICE, et al., | |
| Defendants. | |

On January 4, 2016, plaintiff filed a motion for injunctive relief requesting an order that jail officials provide him with a halal or kosher diet. (ECF No. 44.) This civil rights action was closed on December 30, 2015. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded, and no orders will issue in response to future filings.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for emergency relief (ECF No. 44) is denied.

Dated: January 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / mehm2075.58